# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Duane J. Seelye, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE PRO HAC VICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| The Burlington Northern and Santa Fe | ) | |
| Railway Company, and Brotherhood | ) | Case No. 1:05-cv-130 |
| Railway Carmen Division-Transportation | ) | |
| Communications International Union, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the Transportation-Communications International Union's Motion for Admission of Mitchell M. Kraus *pro hac vice*. In accordance with Local Rule 79.1(D), Mr. Kraus has paid the required admission fees to the office of the clerk. Accordingly, the motion is **GRANTED** and, pending receipt of an affidavit from Mr. Kraus wherein he agrees to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline, Mr. Kraus is admitted to practice before this court in the above-entitled action on behalf of the Transportation-Communications International Union.

**IT IS SO ORDERED.**

Dated this 6th day of December, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge