**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Duane J. Seelye, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| The Burlington Northern and Santa Fe | ) | |
| Railway Company, and Brotherhood | ) | Case No. 1:05-cv-130 |
| Railway Carmen Division-Transportation | ) | |
| Communications International Union, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is Defendant The Burlington Northern and Santa Fe Railway Company's ("BNSF") Motion for attorneys Donald Munro and Jeffrey D. Skinner to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), both attorneys have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the clerk. Accordingly, BNSF's motion (Docket No. 25) is **GRANTED**. Attorneys Donald Munro and Jeffrey D. Skinner are admitted to practice before this court in the above-entitled action on behalf of BNSF.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge